Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of **FLORIDA**

_FILED 2023 MAY -3 PM 1:44_
_CLERK, US DISTRICT COURT_
_MIDDLE DISTRICT OF FL_
_JACKSONVILLE FLORIDA_

Division

**REQUESTING for EVIDENTIARY HEARING & TRIAL**

**MARIO GODHIGH**

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Case No. **3:23-CV-521-TJC-JBT**
(to be filled in by the Clerk's Office)

-v-

**SUWANNEE CORRECTIONAL INSTITUTIONAL & OFFICER Thomas. & OFFICER T. FORESUE & WARDEN**

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MARIO Goodligh
All other names by which you have been known: N/A
ID Number: M28779
Current Institution: Suwannee C.I.
Address: 5984 US Highway 90
Live Oak, FL 32060
City / State / Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mr. Thomas
Job or Title (if known): Correction Officer
Shield Number:
Employer:
Address: 5984 US Highway 90
Live Oak, FL 32060
City / State / Zip Code
☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name: T. Pobesue
Job or Title (if known): Correction Officer
Shield Number:
Employer: Suwannee C.I.
Address: 5984 US Highway 90
Live Oak, FL 32060
City / State / Zip Code
☐ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: MEDICAL DEPARTMENT
Job or Title (if known):
Shield Number:
Employer: SUWANNEE CI
Address: 5984 US Highway 90
LIVE OAK   FL   32060
City   State   Zip Code

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: WARDEN
Job or Title (if known): WARDEN
Shield Number:
Employer: SUWANNEE C.I.
Address: 5984 US Highway 90
LIVE OAK   FL   32060
City   State   Zip Code

☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

POVERTY OF LAW I'M WITH SOUTHERN TALLAHASSEE, FLORIDA 8th & 14th & 12th & 5th AMENDMENTS CONSTITUTIONAL VIOLATED

poverty

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? I'm with MIAMI, FLORIDA AND TALLAHASSEE, FLORIDA POVERTY OF LAW CENTER.

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Violated my rights by abusing an inmate, cruel and unusual punishments.*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Suwannee Correctional Institutional - H-Wing 3109 Single*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

11pm NO LATER then 6:00 AM MARCH 16, 2023 NO LATER then MARCH 24, 2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Ed. ON by both officers I WAS being jumping. BEFORE BREAKFAST IN MEDICAL ROOM CLINIC IN H-WING.

V. **Injuries**

TRAUMATIZED, NOT EATING PROPERLY, LOSSED Lots of weight 225- To 159 pounds Emotional Distressed. SCARED to Go to medical call outs SCARED that officers might be lying Just to RETALIATE AND JUMP ON ME AGAIN FOR ADDRESSING THIS ISSUE.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Fills LiKE I want to commit suicide. And HAVE MEDICAL STAFF pull me out of the cell EVERYDAY to checkup on me it WASN'T NO NEED for both of these officers to USE UNNECESSARY USE of force All BECAUSE I DECLARED MEDICAL EMERGENCY do to my HEART PAIN. both officers works midnight shifts SERVE BREAKFAST TRAYS.

Page 5 of 11

AND MEDICAL NURSE DIDN'T DO ANYTHING but SITTING IN his CHAIR without SAYING ANYTHING which ITS AN CONSPIRACY. AND QUESTION H-WING OFFICERS AND

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

MEDICAL STAFFS why there

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

PULLING INMATES OUT OF the CELL AND

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes  JUMPING ON US IN MEDICAL
☐ No   ROOM OF H-WING EARLY MOURNING WHERE NO CAMERAS

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). CAN'T SEE WHAT THERE DOING TO US IN MEDICAL. PLAYING SLICK. QUESTION

SUWANNEE CI H-WING. MS. BENNETT
GRIEVANCE COORDINATORS

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes        $200,000.000
☐ No         200 million DOLLARS
☑ Do not know   OR SETTLE OUT OF COURT

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes       WANT this COURTS to
☐ No        MAKE AN ARREST ON
☑ Do not know  ALL 3 STAFFS both OFFICERS, AND MEDICAL
                MOURNING MED NURSE
If yes, which claim(s)?

THESE STAFFS DON'T MAKE ANY RESPONSES BACK WHEN I WRITE SEVERAL INMATE GRIEVANCES INJUNCTION. for ALSO BELIEF

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

SUWANNEE CORRECTIONAL INSTITUTIONAL H-3109 SINGLE

2. What did you claim in your grievance?

ON HOW I WAS BEING JUMPED ON BY both OFFICERS IN MEDICAL.

3. What was the result, if any?

GRIEVANCE PICK UPS AND COORDINATORS ARE NOT RESPONDING

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

bACK TO MY GRIEVANCES KNOWING That CAMERAS SEEING MY GRIEVANCES ARE bEING PICKED UP I Dont Get AN log NUMBER OR Anything Still WRITING GRIEVANCES.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

~~[scribbled out]~~ Dismissed Without Prejudice

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) *Mario Goodhigh*
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   *United States District Courts*

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   *Dismissed Without Prejudice*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   *MARIO Godhigh*
    Defendant(s)   _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition   _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *Dismissed without PREJudice*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-28-2023

Signature of Plaintiff: Mario Dyrell Godhigh
Printed Name of Plaintiff: MARIO DYRELL Godhigh
Prison Identification #: M28779
Prison Address: 5984 US Highway 90, Live Oak, FL 32060

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address